## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Skechers U.S.A., Inc. II

                                 Plaintiff,

v.                                         Case No.: 1:24−cv−07333

                                         Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

     MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' pre−conference settlement letters. Off−the−record telephone conference with defendants' counsel is set for 6/2/2026 at 1:30 p.m. Off−the−record telephone conference with plaintiff's counsel is set for 6/2/2026 at 2:00 p.m. The telephone conference dial−in information will be provided to the respective parties prior to the call. If either party objects to off−the−record ex−parte discussions in furtherance of settlement, that party shall promptly contact the Court's Courtroom Deputy to note their objection. The Court will set a status hearing if an objection is received to discuss it with the parties. The 5/7/2026 tracking status hearing is stricken. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.