## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Skechers U.S.A., Inc. II

                                      Plaintiff,

v.                                        Case No.: 1:24–cv–07333

                                        Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

      MINUTE entry before the Honorable Jeannice W. Appenteng: Off–the–record ex parte telephone conferences held 6/2/2026 with plaintiff's counsel and defendant's counsel, in furtherance of settlement. The parties will receive a communication from the Court with dates for a remote video settlement conference. Tracking status hearing set for 6/10/2026 at 8:30 a.m., for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.