**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Skechers U.S.A., Inc. II

                            Plaintiff,

v.                                       Case No.: 1:24–cv–07333

                                       Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has received email communications from the parties requesting the pre–settlement telephone conference be reset due to a conflict. The 8/24/2026 off–the–record telephone conference is therefore stricken and reset to 8/17/2026 at 11:00 a.m. The conference dial–in information will be provided to the parties prior to the call. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.