**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Skechers U.S.A., Inc. II

Plaintiff,

v.

Case No.: 1:24−cv−07333
Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: Settlement conference held 8/28/2026 and continued. By 9/4/2026, plaintiff shall submit to defendant a term sheet containing all its non−monetary and monetary demands. By 10/2/2026, the parties shall submit to the Court at Settlement_Correspondence_Appenteng@ilnd.uscourts.gov a status report with the parties' progress towards settlement and whether the parties would benefit from further settlement discussions with the Court. Tracking status hearing set for 10/5/2026 at 8:30 a.m. for tracking purposes only (no appearance is required; the case will not be called). Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.