**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Skechers U.S.A., Inc. II

Plaintiff,

v.

Case No.: 1:24−cv−07333
Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has received the ordered communication (see [168]), which indicates the parties have made some progress towards settlement, and do not believe further settlement discussions with the Court are necessary at this time. Further, the parties seek additional time, until 11/2/2026, to report to the Court on settlement. By 11/2/2026, the parties shall file a joint status report indicating whether they have reached a settlement in principle or, if no settlement has been reached, the stay will be lifted and the parties shall propose a plan for completing discovery. Emailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.