**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SKECHERS U.S.A., INC. II,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS d/b/a THE DOMAIN NAMES IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 1:24-cv-07333

Judge Franklin U. Valderrama

Magistrate Judge Jeannice W. Appenteng

## JOINT STATUS REPORT

Plaintiff, SKECHERS U.S.A., INC. II ("Skechers" or "Plaintiff"), and Defendant No. 101 Shenzhen Xindaya Network Technology Co., Ltd., d/b/a treasurede.com ("Defendant") (together, the "Parties"), submit this joint status report pursuant to Minute Entry [169] and state as follows:

The Parties have reached a settlement in principle. They have agreed on the terms of a written settlement agreement and are now finalizing the remaining documents required for its execution. The Parties therefore respectfully request an additional thirty (30) days, through and including December 2, 2026, to execute the settlement agreement and file a dismissal of Plaintiff's claims against Defendant, and request that the stay of discovery remain in place during that period.

If the settlement is not completed and a dismissal is not filed by December 2, 2026, the Parties will file a joint status report on that date.

DATED: November 2, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

*/s/ Haipeng Xiao*
Haipeng Xiao
Isreal IP Legal Inc. Limited
STE 1601, 16/F., AXA Tower, Landmark East,
100 How Ming Street, Kwun Tong, Kowloon
Hong Kong, 999077
Telephone: +1-314-390-5182
E-mail: henryxiao@isrealip.legal

***ATTORNEY FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 2, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.